THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Antonio L. Perry, Appellant.
 
 
 

Appeal From Florence County
 James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2004-UP-562
Submitted November 11, 2004  Filed 
 November 8, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar Lewis 
 Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Antonio Perry pled guilty to common law robbery and grand 
 larceny less than $5,000.  He was sentenced to concurrent sentences of 15 years 
 in prison for common law robbery and five years for grand larceny.  Perry appeals, 
 arguing his guilty plea did not comply with the mandates set forth in Boykin 
 v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Perry has filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting 
 that there were no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  Perry has not filed a pro se 
 response.  
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.